Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

FILED

# UNITED STATES DISTRICT COURT

### for the

### District of

### Division

NOV -7 PM 1:45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

|  |  |
|---|---|
| **Charles Harris** | ) Case No. 8:19 cv 2766 T 35 tew |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) **Jury Trial:** _(check one)_  ☐ Yes  ☐ No |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
| **Reto E Muller** | ) |
| **Michelle C Mueller** | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Harris |
| Street Address | 1111 26th Ave S |
| City and County | Saint Petersburg |
| State and Zip Code | FL 33705 |
| Telephone Number | 7273664438 |
| E-mail Address | charlesharris630@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.



Defendant No. 1

Name                          Reto E Muller

Job or Title *(if known)*

Street Address                4301 W Beachway Dr

City and County               Tampa, Hillsborough CO

State and Zip Code            Florida 33609-4202

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                          Michelle C Mueller

Job or Title *(if known)*

Street Address                4301 W Beachway Dr

City and County               Tampa, Hillsborough CO

State and Zip Code            Florida 33619-4202

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

C.    **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Reto E Muller |
| | Michelle C Mueller |
| Street Address | 4301 W Beachway Dr |
| City and County | Tampa, Hillsborough CO |
| State and Zip Code | Florida 33619-4202 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- ☒  Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- ☒  Relevant state law
- ☒  Relevant city or county law

## III.    Statement of Claim

State as briefly as possible the facts of your case.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Nature of employer's business:

General labor

B.    Dates of employment:

11/01/2019

C.    Employee's job title and a description of the kind of work done:

Concrete finisher,  pouring sidewalk, patio, and pool decking to front walkway

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

D.      Rate, method, and frequency of wage payment:
        $200/day

E.      Number of hours actually worked each week in which a violation is claimed:
        9hrs

F.      Description of the alleged violation(s) *(check all that apply)*:
        ☒       Failure to pay the minimum wage *(explain)*

        ☒       Failure to pay required overtime *(explain)*
                worked more than 8 hours

        ☒       Other violation(s) *(explain)*
                 No compensation received for work done

G.      Date(s) of the alleged violation(s):
        11/01/2019

H.      Additional facts:

Received call from Mike @ 5:41AM to be at defendants house to do concrete work. The labor was more thant what should have been required for a single person which resulted in over stress to body (legs and back) for 9 hours with no break, water, or food. I was not offered any pay for my services. All other workers were paid

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

injured on job to back and knees. pain and suffering, denied medical treatment

$100,000.00/ Pain and Suffering
$200,000.00/ Punitive Damages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____ 11/5/2019 _____

Signature of Plaintiff

Printed Name of Plaintiff _____ Charles Harris _____

## B. For Attorneys

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Date of signing: _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Street Address             _____

State and Zip Code         _____

Telephone Number           _____

E-mail Address             _____